DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCO DE LA CRUZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MARCO DE LA CRUZ-LOPEZ, ) ) Defendant. ) ) _____ ) | Case No. CR.S-06-482-GEB **STIPULATION AND ORDER** DATE: March 9, 2007 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant, Marco de La Cruz-Lopez, by and though his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference set for February 23, 2007 be vacated and a further status conference be set for Friday, March 9, 2007 at 9:00 a.m.

This continuance is being requested because the parties need to discuss a proposed plea agreement.  Defense counsel needs additional time to discuss the presentence report, the plea agreement, and the sentencing guidelines with Mr. de La Cruz-Lopez.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for

March 9, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)[preparation of counsel] (Local Code T4).

DATED: February 22, 2007     Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ Rachelle Barbour
                                     _____
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     MARCO DE LA CRUZ-LOPEZ


                                     McGREGOR SCOTT
                                     United States Attorney


                                     /s/ Rachelle Barbour for
DATED: February 227, 2007
                                     MICHAEL BECKWITH
                                     Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated:   February 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2