DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCO DE LA CRUZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>       v.                             )<br>                                      )<br>MARCO DE LA CRUZ-LOPEZ,               )<br>                                      )<br>            Defendant.                )<br>                                      )<br>_____) | Case No. CR.S-06-482-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE:  March 23, 2007<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant, Marco de La Cruz-Lopez, by and though his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference set for March 9, 2007 be vacated and a further status conference be set for Friday, March 23, 2007 at 9:00 a.m.

    This continuance is being requested because the parties need to discuss a proposed plea agreement.  Defense counsel needs additional time to discuss the presentence report, the plea agreement, and the sentencing guidelines with Mr. de La Cruz-Lopez.

    The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for

1  March 23, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)[preparation
2  of counsel] (Local Code T4).

3  DATED: March 7, 2007            Respectfully submitted,

4                                  DANIEL BRODERICK
                                   Federal Defender

5                                  /s/ Rachelle Barbour
6  _____
7                                  RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
8                                  MARCO DE LA CRUZ-LOPEZ

10                                 McGREGOR SCOTT
                                   United States Attorney

                                   /s/ Rachelle Barbour for
13 DATED: March 7, 2007
                                   KYLE REARDON
14                                 Assistant U.S. Attorney

                               **O R D E R**

   **IT IS SO ORDERED.**

Dated:  March 7, 2007

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

---

**2**